# Exhibit A

TRULINCS ██████2 - REODICA, EMINIANO A JR - Unit: ████

FROM: ██████
TO: Callahan, Richard
SUBJECT: USA vs E A Reodica, Jr
DATE: 11/07/2014 01:23:34 PM

---

01.
02.
03.
04. **LOS ANGELES MDC**  LOS - F03-607L
  535 N ALAMEDA STREET - LOS ANGELES, California 90012
  111629-LOS  Awad, Adel MD/CD    10/01/15
  REODICA, EMINIANO
  Take two tablets (500 MG) by mouth now---then,
  Take one tablet by mouth each day for 4 more days

  10/2/2015 6:14/ 2 TABS TAKEN
  10/3/2015 7:00/ 1 TAB
  10/4/2015 2:40/ 1 TAB

  Azithromycin Tab 250 MG
  (0) Refills  10/01/15   LF1   Refill Until: 10/06/15
  #6 TAB  0 x 1 of 1   Don't Confiscate Before 12/30/15
  CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

05.
06.
07.
08.
09. 10/01/15  MEDICAL RECORDS FOR EMINIANO REODICA  64016-112
10. LOS ANGELES MDC  LOS-F03-607L
11. 535 N. ALAMEDA STREET,  LOS ANGELES CA 90012
12.
13. 10/01/15  111629 - LOS  AWAD ADEL MD/CD
14.
15. Take two tablets (500 MG) BY MOUTH NOW...
16. AND THEN.
17. Take ONE tablet by MOUTH EACH DAY FOR
18. 4 more days
19.
20. Azithromycin Tab 250 MG
21. (0) REFILLS  10/01/15  LF1  REFILL UNTIL  10/06/15
22. #6 TAB  1 of 1  DON'T confiscate before  12/30/15
23.
24.
25.

IMOM LOLITA            For the Defense            IGWT _____