# Exhibit C

## SENTENCES RECEIVED BY DEFENDANT'S CO-CONSPIRATORS

| Defendant | Case Number | Charge(s) of Conviction | Cooperation | Sentence (Exhibit D) |
|---|---|---|---|---|
| Bruce Li | CR 90-440-LEW | 18 U.S.C. §§ 371 (Count 1), 371 (Count 2); 1344 (Counts 4 & 6); § 371 (Count 7) | Yes | 30 months of imprisonment and 3 years supervised release on Count 7; 36 months of imprisonment on Count 1; suspended sentence and five years of probation (Counts 2, 4, 6); $150,000 fine (Counts 1 & 7) |
| Ramon Relosa | CR 90-440-LEW | 18 U.S.C. § 371 (Count 2) | Yes | 2 years of imprisonment and after serving 6 months, the remainder shall be suspended and a 3-year period of probation imposed; 600 hours of community service; $5,000 fine. |
| Emelita Carino | CR 90-440-LEW | 18 U.S.C. §§ 371 (Count 2), 1344 (Count 14) | Yes | 12 months of imprisonment (Count 14); 36 months of imprisonment on Count 2 with eligibility for parole upon serving one-third of term to run concurrent to sentence on Count 14; 3 years of supervised release; 600 hours of community service; $5,000 fine (Count 14). |
| Ingrid Baysa | CR 90-852-LEW | 18 U.S.C. §§ 371 (Count 4), 1344 (Count 6) | Yes | 6 months of imprisonment on Counts 4 & 6, to run concurrently; 3 years of supervised release; 600 hours of community service; $5,000 fine. |

| **Defendant** | **Case Number** | **Charge(s) of Conviction** | **Cooperation** | **Sentence (Exhibit D)** |
|---|---|---|---|---|
| Evangeline Zapido | CR 90-440-LEW | 18 U.S.C. § 371 (Count 1) | Yes | 2 years of imprisonment and after serving 6 months, the remainder of the term shall be suspended and a 3-year term of probation imposed; 600 hours of community service; $5,000 fine. |
| Mariano Abella | CR 90-440-LEW | 18 U.S.C. § 371 (Count 1) | Yes | 2 years of imprisonment and after serving 6 months, the remainder of the term shall be suspended and a 3-year term of probation imposed; 600 hours of community service; $5,000 fine. |
| Erlinda Relosa | CR 90-440-LEW | 18 U.S.C. § 371 (Count 7); § 1344 (Count 9) | Yes | Sentence suspended; 3 years of probation; 600 hours of community service; $5,000 fine. |
| Greg Mangalindan | CR 90-440-LEW | 18 U.S.C. § 371 (Count 1) | Yes | Sentence suspended; 3 years of probation; 600 hours of community service. |
| Marilou Ramos | CR 90-852-LEW | 18 U.S.C. § 371 (Count 1), 1344 (Count 5) | | Sentence suspended; 4 years of probation; 800 hours of community service; $5,000 fine. |