# Exhibit D

## United States District Court
## Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. **CR** – CR90-0440-LEW |
| Defendant's Name LI, Bruce AKA LI, Bruce Nai Hung | Social Security No. 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 |
| & Residence 2921 Crape Myrtle Circle | Mailing Address 2921 Crape Myrtle Circle |
| Address Chino Hills, CA 91709 | Chino Hills, CA 91709 |
| (714) 393-8442 | |

## JUDGMENT AND PROBATION / COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

MONTH 02 – DAY 20 – YEAR 91

**COUNSEL** ☐ WITHOUT COUNSEL  However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

☒ WITH COUNSEL   Joel Levine/Vicky Podberesky (both retained)
(Name of Counsel)

**PLEA** ☒ GUILTY, and the Court being satisfied that there is a factual basis for the plea.   ☐ NOLO CONTENDERE   ☐ NOT GUILTY

**FINDING** There being a finding/verdict of ☒ GUILTY, defendant has been convicted as charged of the offense(s) of:
Conspiracy to Commit Lending Institution and Wire Fraud, in violation of 18 USC 371, 1344, 1343, as charged in count 1; Conspiracy to Commit Lending Institution Fraud in violation of 18 USC 371, 1344 as charged in count 2; Lending Institution Fraud in violation of 18 USC 1344, as charged in count 4 and 6; Conspiracy to Commit Lending Institution Fraud, in violation of 18 USC 371, 1344, as charged in count 7 of the Information.

**JUDGMENT AND PROB./ COMMITMENT ORDER**
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: thirty (30) months in a jail-type institution and shall pay to the United States a FINE in the amount of $50,000 on count 7. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three (3) years under the following terms and conditions: 1) the defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) the defendant shall pay any fine imposed by this judgment and that remains unpaid at the commencement of the term of community supervision, as directed by the Probation Officer; 3) as directed by the Probation Officer, the defendant shall provide to the Probation Officer an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant; 4) as directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirements; 5) the defendant shall truthfully and timely file and pay all income taxes owed to the Internal Revenue Service. Further, the defendant shall show proof to the Probation Officer of compliance with this order. As to count 1, it is hereby adjudged that the defendant is committed to the custody of the Attorney General for a term of imprisonment of three (3) years. It is further ordered that the defendant pay a FINE to the United States in the sum of $100,000 for a TOTAL FINE as to counts 7 and 1, of $150,000. The sentence imposed in count 1 is ordered to run

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

☐ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

ENTERED
MAR – 8 1991
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Signed By: ☐ U.S. District Judge (see page 2)   ☐ Magistrate

MAR – 8 1991

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

LEONARD A. BROSNAN, CLERK
i – 9AM

Dated/Filed MAR – 8 1991

By (see page 2)
Deputy Clerk

page 1 of 2
AO-245-A: (01/90)

United States District Court

Central District of California

UNITED STATES OF AMERICA

vs

LI, Bruce

Docket No. CR – CR90–0440–LEW

Date 02 – 20 –91

## JUDGMENT AND PROBATION / COMMITMENT ORDER

Continued from Page 1

consecutive to the term imposed in count 7. As to counts 2,4,and 6, it is hereby ordered that the imposition of sentence is suspended, and the defendant is placed on probation for a term of five (5) years, said sentences are ordered to commence upon the completion of the sentences imposed on Counts 1 and 7 and upon the following terms and conditions: 1) the defendant shall comply with the rules and regulations of the U.S.Probation Office and General Order 318; 2) the defendant shall pay any fine imposed by this judgment and that remains unpaid at the commencement of the term of community supervision, as directed by the Probation Officer; 3) as directed by the Probation Officer, the defendant shall provide to the Probation Officer an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant; 4) as directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement. 5) the defendant shall truthfully and timely file and pay taxes owed to the Internal Revenue Service. Further, the defendant shall show proof to the Probation Officer of compliance with this order.

IT IS ORDERED, that the defendant shall pay a special assessment of $250 to the United States.

IT IS ORDERED, upon motion by the government, that counts 3 and 5 of the Information are dismissed.

IT IS FURTHER ORDERED, that the defendant shall surrender to the institution designated by the Bureau of Prisons no later than 12 noon on March 15, 1991 or if no institution is designated, to the U.S.Marshal in the U.S.Courthouse located at 312 N.Spring Street, Los Angeles, California, by 12 noon on March 15, 1991. Bond to be exonerated upon surrendering.

IT IS RECOMMENDED, that the defendant be placed in a facility in southern California.

ENTERED

MAR – 8 1991

CLERK, U.S. DISTRICT

Signed By: __X__ U.S. District Judge _____  U.S. Magistrate _____

LAUGHLIN E. WATERS   FEB 28 1991

LEONARD A. BROSNAN, CLERK

Dated / Filed ___02-22-91___

By _____
Deputy Clerk

Tim Saito

AO-245-B (01/90)

Page Two of Two Pages

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court and probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependents and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____    BY _____

### CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

MAR - 1 1991

DATED: _____    BY: _____

# United States District Court

United States of America vs.

DEFENDANT | ⌐ VELOSA, Ramon A___o Jr._____ ¬    ⌐_____¬

DOCKET NO. ▶ CR90-0440-LEW

## JUDGMENT AND PROBATION/COMMITMENT ORDER    AO-245 (6/74)

| | In the presence of the attorney for the government the defendant appeared in person on this date ▶ | MONTH 01 | DAY - 24 | YEAR - 91 |

**COUNSEL**

⌐_¬ WITHOUT COUNSEL    However the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

⌐X¬ WITH COUNSEL    ⌐___ Alexander W. Kirkpatrick, retained _____¬
(Name of counsel)

**PLEA**

⌐X¬ GUILTY, and the court being satisfied that there is a factual basis for the plea,    ⌐_¬ NOLO CONTENDERE,    ⌐_¬ NOT GUILTY

There being a finding/verdict of ⎨ ⌐_¬ NOT GUILTY. Defendant is discharged
⎩ ⌐_¬ GUILTY.

Defendant has been convicted as charged of the offense(s) of

**FINDING & JUDGMENT**

Conspiracy to Defraud a Federally Insured Institution in violation of 18 USC 371; 1344 as charged in Count 2 of the Information.

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of    two (2)

**SENTENCE OR PROBATION ORDER**

**SPECIAL CONDITIONS OF PROBATION**

**ADDITIONAL CONDITIONS OF PROBATION**

years on Count 2 and shall pay a FINE in the sum of $5,000 to the United States. Upon the condition that the defendant be confined to a jail-type institution for a period of six (6) months, the execution of the remainder of the sentence of imprisonment is hereby suspended and the defendant is placed on probation for a period of three (3) years, to commence upon the defendant's release from confinement and shall be under the following terms and conditions: 1) the defendant shall comply with the rules and regulations of the U.S.Probation Office and General Order 318; 2) the defendant shall pay any fine imposed by this judgment and that remains unpaid at the commencement of the term of community supervision, as directed by the Probation Officer; 3) the defendant shall perform 200 hours of community service for each year of probation, as directed by the U.S.Probation Officer, for a total of 600 hours of community service. The defendant shall complete the 600 hours of community service at a city, county or state run agency, specifically designed for the removal of unlawful graffiti, as approved and directed by the U.S.Probation Officer. It is further ordered that a six month report shall be submitted to the Court, as to the amount of work and number of In addition to the special conditions of probation imposed above, it is hereby ordered that the general conditions of probation set out on the reverse side of this judgment be imposed. The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within a maximum probation period of five years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

The court orders commitment to the custody of the Attorney General and recommends,

**COMMITMENT RECOMMENDATION**

ENTERED
FEB 1 4 1991
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

RECEIVED/FISCAL
CLERK, U.S. DISTRICT COURT
FEB 8 1991
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S. Marshal or other qualified officer.

FEB 1 4    ⌐1/3⌐

**SIGNED BY**

⌐X¬ U.S. District Judge
⌐_¬ U.S. Magistrate

(see page 2)

LAUGHLIN E. WATERS
FEB 1 2 RECD

Date
01-25-91

Tim Saito, Deputy Clerk

page 1 of 2

# United States District Court
## Central District of California

UNITED STATES OF AMERICA

vs

RELOSA, Ramon Argao Jr.

Docket No. CR – CR90-0440-LEW

Date 01-24-91

## JUDGMENT AND PROBATION / COMMITMENT ORDER

Continued from Page 1

hours completed by the defendant;  4) the defendant shall comply with the rules and regulations of the Immigration and Naturalization Service (INS), and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally.  Upon any reentry to the United States during the period of Court-ordered supervision, the defendant shall report to the nearest U.S.Probation Office within 72 hours;  5) as directed by the Probation Officer, the defendant shall provide to the Probation Officer an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant;  6) as directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

IT IS ORDERED, that the defendant shall pay to the United States a special assessment of $50.

IT IS ORDERED, that the defendant shall serve his term of imprisonment in a jail-type institution.

IT IS FURTHER ORDERED, that the defendant shall surrender to the institution designated by the Bureau of Prisons no later than 12 noon on February 22, 1991 or if no institution is designated, to the U.S.Marshal in the U.S.Courthouse located at 312 N.Spring Street, Los Angeles, California by 12 noon on February 22, 1991.  Bond to be exonerated upon surrendering.



ENTERED

FEB 1 4 1991

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Signed By: [x] U.S. District Judge

LAUGHLIN E. WATERS

FEB - 6 1991

Dated / Filed    01-25-91

U.S. Magistrate

LEONARD A. BROSNAN, CLERK

By

Deputy Clerk

Tim Saito

AO-245-B (01/90)

Page Two of Two Pages

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependents and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

## C E R T I F I C A T E

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____   BY: _____

**AO-245-B  (01/90)**          **JUDGMENT AND PROBATION/COMMITMENT ORDER**

Central District of California

**UNITED STATES OF AMERICA vs.**

Docket No. CR90-0440-LEW

Defendant's Name **CARINO, Emelita Ignacio**

Social Security No. **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**

& Residence **3527 Hedgerow**

Mailing Address **3527 Hedgerow**

Address **West Covina CA 91742** **West Covina CA 91742**
**(714) 594-1228**

*ENTERED* *FEB 14 1991 CLERK, U.S. CENTRAL DISTRICT OF CALIFORNIA DEPUTY*

## JUDGMENT AND PROBATION / COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 01 | 24 | 91 |

**COUNSEL**

[ ] **WITHOUT COUNSEL** However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

[X] **WITH COUNSEL** **Salvador Tuy Jr., retained**
(Name of Counsel)

**PLEA** [X] **GUILTY,** and the Court being satisfied that there is a factual basis for the plea. [ ] **NOLO CONTENDERE** [ ] **NOT GUILTY**

**FINDING** There being a finding / verdict of [ ] **GUILTY,** defendant has been convicted as charged of the offense(s) of:

Conspiracy to Defraud a Federally Insured Institution, in violation of 18 USC 371 as charged in Count 2; Scheme to Defraud a Federally Insured Institution, in violation of 18 USC 1344 as charged in Count 14 of the Information.

**JUDGMENT AND PROB./ COMMITMENT ORDER**

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: **twelve (12) months and shall pay to the United States a total FINE of $5,000 on Count 14. As to Count 2, it is adjudged that the defendant is hereby committed to the custody of the Attorney General of the United States or his authorized representative for imprisonment for a term of three (3) years, and that she shall become eligible for parole pursuant to 18 USC 4205(a) upon serving one-third of said term. The sentences of imprisonment imposed on Counts 2 and 14 shall be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of three (3) years under the following terms and conditions: 1) the defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) the defendant shall pay any fine imposed by this judgment and that remains unpaid at the commencement of the term of community supervision, as directed by the U.S. Probation Officer; 3) the defendant shall perform 200 hours of community service for each year of probation, as directed by the U.S. Probation Officer, for a total of 600 hours of community service. The defendant shall complete the 600 hours of community service at a city, county, or state run agency specifically designed for the removal of unlawful graffiti, as approved and directed by the U.S. Probation Officer. It is further ordered that a six month report shall be submitted to the Court, as to the amount of work and number of hours completed by the defendant; 4) as directed by the U.S. Probation Officer, the defendant shall provide to the Probation Officer an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the**

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

[ ] This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed By: [X] U.S. District Judge _____ [ ] U.S. Magistrate _____

LAUGHLIN E. WATERS

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation / Commitment Order to the U.S. Marshal or other qualified officer.

FEB 7 1991

Dated/Filed **01-28-91**

LEONARD A. BROSNAN, CLERK

By _____
Deputy Clerk
Tim Saito

AO-245-A (01/90)

# United States District Court
# Central District of California

UNITED STATES OF AMERICA

vs

CARINO, Emelita Ignacio

Docket No. CR – CR90-0440-LEW

Date _____ 01-24-91 _____

---

## JUDGMENT AND PROBATION / COMMITMENT ORDER

---

Continued from Page 1.

defendant; 5) as directed by the U.S. Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

IT IS ORDERED, that the defendant pay to the United States a special assessment of $100.

IT IS ORDERED, upon motion by the government, that counts 15, 16, and 17 of the Information are dismissed.

IT IS ORDERED, that the defendant shall surrender to the institution designated by the Bureau of Prisons no later than 12 noon on February 22, 1991 or if no institution is designated, to the U.S. Marshal in the U.S. Courthouse located at 312 N. Spring Street, Los Angeles, California, by 12 noon on February 22, 1991.  Bond to be exonerated upon surrendering.



ENTERED

FEB 14 1991

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY

---

Signed By: [X] U.S. District Judge _____   U.S. Magistrate _____

LAUGHLIN E. WATERS                                LEONARD A. BROSNAN, CLERK

FEB 7 1991

Dated / Filed   01-28-91 _____        By _____
                                                                    Deputy Clerk

                                                                    Tim Saito

AO-245-B (01/90)                    Page Two of Two Pages

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependents and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____    BY: _____

## C E R T I F I C A T E

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____    BY: _____

# United States District Court
## Central District of California

UNITED STATES OF AMERICA vs.

Defendant's Name **BAYSA, Ingrid A.**

& Residence **320 Fern Place**

Address **Diamond Bar, CA 91765**
**(714) 261-2639**

Docket No. **CR** - **CR90-0852-LEW**

Social Security No. **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**

Mailing Address **320 Fern Place**
**Diamond Bar, CA 91765**

---

## JUDGMENT AND PROBATION / COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

ENTERED

| MONTH | DAY | YEAR |
|-------|-----|------|
| 01 | 24 | 91 |

**COUNSEL**
[X] **WITHOUT COUNSEL** However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

[X] **WITH COUNSEL** **Brian Newman, appointed** FEB 13 1991
(Name of Counsel)

**PLEA**
[X] **GUILTY, and the Court being satisfied that there is a factual basis for the plea.** [ ] NOLO CONTENDERE [ ] NOT GUILTY

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

**FINDING**
There being a finding/verdict of [ ] GUILTY, defendant has been convicted as charged of the offense(s) of:

Conspiracy to Commit Bank Fraud, in violation of 18 USC 371 as charged in Count 4 ; Bank Fraud in violation of 18 USC 1344, as charged in Count 6 of the Information.

**JUDGMENT AND PROB./ COMMITMENT ORDER**
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of: SIX (6) months on each of Counts 4 and 6, to be served concurrently on each count and shall pay a FINE in the sum of $5,000 to the United States. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three (3) years, concurrently on each count, under the following terms and conditions: 1) the defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) the defendant shall pay any fine imposed by this judgment and that remains unpaid at the commencement of the term of community supervision, as directed by the Probation Officer; 3) the defendant shall perform 200 hours of community service for each year of probation, as directed by the Probation Officer, for a total of 600 hours of community service. The defendant shall complete the 600 hours of community service at a city, county or state run agency specifically designed for the removal of unlawful graffiti as approved and directed by the U.S.Probation Officer. It is further ordered that a six month report shall be submitted to the Court, as to the amount of work and number of hours completed by the defendant ; 4) the defendant shall comply with the rules and regulations of the Immigration and Naturalization Service (INS), and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. Upon any reentry to the United States during the period of court-ordered supervision, the defendant shall report to the nearest U.S.Probation Office within 72 hours; 5) as directed by the Probation Officer, the defendant shall provide to the Probation Officer an accurate

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, issue a warrant and revoke supervision for a violation occurring during the supervision period.

RECEIVED/FISCAL
CLERK, U.S. DISTRICT COURT
FEB 8 1991
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY LEONARD A. BROSNAN, CLERK

[ ] This is a direct commitment to the Bureau of Prisons and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed By: [ ] U.S. District Judge **see page 2** [ ] U.S. Magistrate

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation / Commitment Order to the U.S. Marshal or other qualified officer.

FEB 12 RECD   Dated/Filed ____ By **see page 2** Deputy Clerk

AO-245-A  (01/90)

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependents and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated
by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____    BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

FEB - 7 1991

DATED: _____    BY: _____

# United States District Court
## Central District of California

UNITED STATES OF AMERICA

vs

BAYSA, Ingrid A.

Docket No. CR – CR90-0852-LEW

Date   01 – 24 – 91

---

## JUDGMENT AND PROBATION / COMMITMENT ORDER

Continued from Page 1

financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant.

IT IS ORDERED, that the defendant shall pay to the United States a special assessment of $100.

IT IS ORDERED, upon motion by the government, that counts 7 and 8 of the Information are dismissed.

IT IS ORDERED, that the defendant shall serve his term of imprisonment in a jail-type institution.

IT IS FURTHER ORDERED, that the defendant shall surrender to the institution designated by the Bureau of Prisons no later than 12 noon on February 22, 1991, or if no institution is designated, to the U.S.Marshal in the U.S.Courthouse located at 312 N.Spring street, Los Angeles, California, by 12 noon on February 22, 1991. Bond to be exonerated upon surrendering.

Signed By: [X] U.S. District Judge / U.S. Magistrate

LAUGHLIN E. WATERS

LEONARD A. BROSNAN, CLERK

Dated/Filed   01-28-91

FEB 7 1991

By _____
Deputy Clerk

Tim Saito

AO-245-B  (01790)                    Page Two of Two Pages

## STANDARD CONDITIONS OF PROBATION / SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependents and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ , the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____    BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____    BY: _____

# United States District Court

**DEFENDANT**

_____ A. _____

**DOCKET NO.** ➤ CR90-0440-LEW

## JUDGMENT AND PROBATION/COMMITMENT ORDER    AO-245 (8/74)

**COUNSEL**

In the presence of the attorney for the government
the defendant appeared in person on this date ➤

| MONTH | DAY | YEAR |
|-------|-----|------|
| 01 – | 24 – | 91 |

[__] WITHOUT COUNSEL    However the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

[X] WITH COUNSEL    _____ Sonja Chahin, DFPD _____
(Name of counsel)

**PLEA**

[X] GUILTY, and the court being satisfied that there is a factual basis for the plea,    [__] NOLO CONTENDERE,    [__] NOT GUILTY

**FINDING & JUDGMENT**

There being a finding/verdict of {
[__] NOT GUILTY. Defendant is discharged
[__] GUILTY.
}

Defendant has been convicted as charged of the offense(s) of

Conspiracy to Commit Bank and Wire Fraud in violation of 18 USC 371, 1343 and 1344, as charged in Count 1 of the Information.

**SENTENCE OR PROBATION ORDER**

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of **two (2)** years on Count 1 and shall pay a FINE in the sum of $5,000 to the United States. Upon the condition that the defendant be confined to a jail-type institution for a period of six (6) months, the execution of the remainder of the sentence of imprisonment is hereby suspended and the defendant is placed on probation for a period of three (3) years, to commence upon the defendant's release from confinement and shall be under the following terms and conditions:  1) the defendant shall comply with the rules and regulations of the U.S.Probation Office and General Order 318; 2) the defendant shall pay any fine imposed by this judgment and that remains unpaid at the commencement of the term of community supervision, as directed by the probation Officer; 3) the defendant shall perform 200 hours of community service for each year of probation, as directed by the U.S.Probation Officer, for a total of 600 hours of community service. The defendant shall complete the 600 hours of community service at a city, county or state run agency, specifically designed for the removal of unlawful graffiti, as approved and directed by the U.S.Probation Officer. It is further ordered that a six month report shall be submitted to the Court, as to the amount of work and number of

**SPECIAL CONDITIONS OF PROBATION**

**ADDITIONAL CONDITIONS OF PROBATION**

In addition to the special conditions of probation imposed above, it is hereby ordered that the general conditions of probation set out on the reverse side of this judgment be imposed. The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within a maximum probation period of five years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

**COMMITMENT RECOMMENDATION**

The court orders commitment to the custody of the Attorney General and recommends,

ENTERED

[FEB 14 1991]

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RECEIVED/FISCAL
CLERK, U.S. DISTRICT COURT

FEB 8 1991

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S Marshal or other qualified officer.

**SIGNED BY**

[X] U.S. District Judge

[__] U.S. Magistrate

FEB 12 RECD

LAUGHLIN E. WATERS    FEB 7 1991

FILED: 01-25-91

FEB 14

Tim Saito, Deputy Clerk

United States District Court
Central District of California

UNITED STATES OF AMERICA

vs

ZAPIDO, Evangeline A.

Docket No. CR – _____ CR90-0440-LEW

Date _____ 01-24-91

## JUDGMENT AND PROBATION/COMMITMENT ORDER

Continued from Page 1

hours completed by the defendant; 4) the defendant shall comply with the rules and regulations of the Immigration and Naturalization Service (INS), and if deported from this country either voluntarily or involuntarily, not reenter the United States illegally.  Upon any reentry to the United States during the  period of Court-ordered supervision, the defendant shall report to the nearest U.S.Probation Office within 72 hours; 5) as directed by the Probation Officer, the defendant shall provide to the Probation Officer an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant; 6) as directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

IT IS ORDERED, that the defendant shall pay to the United States a special assessment of $50.
IT IS ORDERED, upon motion by the government, that count 2 of the Information is dismissed.
IT IS ORDERED, that the defendant shall serve his term of imprisonment in a jail-type institution.

IT IS FURTHER ORDERED, that the defendant shall surrender to the institution designated by the Bureau of Prisons no later than 12 noon on February 22, 1991 or if no institution is designated, to the U.S.Marshal in the U.S.Courthouse located at 312 N. Spring Street, Los Angeles, California, by 12 noon on February 22, 1991.  Bond to be exonerated upon surrendering.



ENTERED

FEB 1 4 1991

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Signed By: [x]  U.S. Dist. _____

LAUGHLIN E. WATERS

Dated/Filed _____ 01-24-91

FEB  7 1991

☐  U.S. Magistrate _____

LEONARD A. BROSNAN, CLERK

By _____

Deputy Clerk

Tim Saito

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependents and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____    BY: _____

## C E R T I F I C A T E

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____    BY: _____

# United States District Court for

United States of America vs.

**DEFENDANT** ABELLA, Marian Arejola

DOCKET NO. ▶ CR90-0440-LEW

## JUDGMENT AND PROBATION/COMMITMENT ORDER    AO-245 (6/74)

| | | MONTH | DAY | YEAR |
|---|---|---|---|---|
| **COUNSEL** | In the presence of the attorney for the government the defendant appeared in person on this date ⟶ | 01 | 24 | 91 |

**COUNSEL**

[ ] WITHOUT COUNSEL    However, the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

[X] WITH COUNSEL    Michael Mayock, appointed
(Name of counsel)

**PLEA**

[X] GUILTY, and the court being satisfied that there is a factual basis for the plea,    [ ] NOLO CONTENDERE,    [ ] NOT GUILTY

There being a finding/verdict of { [ ] NOT GUILTY. Defendant is discharged  [ ] GUILTY.

Defendant has been convicted as charged of the offense(s) of

**FINDING & JUDGMENT**

Conspiracy to Commit Bank and Wire Fraud in violation of 18 USC 371, 1344 and 1343 as charged in Count 1 of the Information.

**SENTENCE OR PROBATION ORDER**

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of    two (2) years on Count 1 and shall pay a FINE in the sum of $5,000 to the United States. Upon the condition that the defendant be confined to a jail-type institution for a period of six (6) months, the execution of the remainder of the sentence of imprisonment is hereby suspended and the defendant is placed on probation for a period of three (3) years, to commence upon the defendant's release from confinement and shall be under the following terms and conditions:  1) the defendant shall comply with the rules and regulations of the U.S.Probation Office and General Order 318; 2) the defendant shall pay any fine imposed by this judgment and that remains unpaid at the commencement of the term of community supervision, as directed by the Probation Officer; 3) the defendant shall perform  200 hours of community service for each year of probation, as directed by the U.S.Probation Officer, for a total of 600 hours of community service. The defendant shall complete the 600 hours of community service at a city, county, or state run agency, specifically designed for the removal of unlawful graffiti, as approved and directed by the U.S.Probation Officer.  It is further ordered that a  six month report shall be submitted to the Court, as to the amount of work and number of

**SPECIAL CONDITIONS OF PROBATION**

**ADDITIONAL CONDITIONS OF PROBATION**

In addition to the special conditions of probation imposed above, it is hereby ordered that the general conditions of probation set out on the reverse side of this judgment be imposed. The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within a maximum probation period of five years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

**COMMITMENT RECOMMEN-DATION**

The court orders commitment to the custody of the Attorney General and recommends,

ENTERED

FEB 14 1991

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY
(see page 2)

RECEIVED/FISCAL
CLERK, U.S. DISTRICT COURT

FEB 8 1991

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S. Marshal or other qualified officer.

116

**SIGNED BY**

[X] U.S. District Judge

[ ] U.S. Magistrate

LAUGHLIN E. WATERS    FEB 12 REC'D

Date    01-25-91    FEB 14

Tim Saito, Deputy Clerk

**United States District Court**
**Central District of California**

UNITED STATES OF AMERICA

Docket No. **CR -** ___CR90-0440-LEW___

vs

ABELLA, Mariano Arejola

Date ___01-24-91___

## JUDGMENT AND PROBATION / COMMITMENT ORDER

Continued from Page 1

hours completed by the defendant; 4) the defendant shall comply with the rules and regulations of the Immigration and Naturalization Service (INS), and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. Upon any reentry to the United States during the period of Court-ordered supervision, the defendant shall report to the nearest U.S.Probation Office within 72 hours; 5) as directed by the Probation Officer, the defendant shall provide to the Probation Officer an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant; 6) as directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

IT IS ORDERED, that the defendant shall pay to the United States a special assessment of $50.

IT IS ORDERED, that the defendant shall serve her term of imprisonment in a jail-type institution.

IT IS FURTHER ORDERED, that the defendant shall surrender to the institution designated by the Bureau of Prisons no later than 12 noon on February 22, 1991 or if no institution is designated, to the U.S.Marshal in the U.S.Courthouse located at 312 N.Spring Street, Los Angeles, California, by 12 noon on February 22, 1991.  Bond to be exonerated upon surrendering.



ENTERED
FEB 1 4 1991
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Signed By: [X] U.S. District Judge _____

U.S. Magistrate _____

LAUGHLIN E. WATERS

FEB - 6 1991

Dated / Filed ___01-25-91___

LEONARD A. BROSNAN, CLERK _____

By _____
Deputy Clerk

Tim Saito

Page Two of Two Pages

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependents and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____    BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____    BY: _____

AO-245-B  (01/90)        JUDGMENT AND PROBATION/COMMITMENT ORDER

Central District of California

UNITED STATES OF AMERICA vs.

Docket No. CR – CR90-0440-LEW

Defendant's Name **RELOSA, Erlinda N.**

Social Security No. 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

& Residence **19550 Cienega #79**

Mailing Address **19550 Cienega #79**

Address **Covina, CA 91724**
**(818) 967-3127**

**Covina, CA 91724**

ENTERED

## JUDGMENT AND PROBATION / COMMITMENT ORDER

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

In the presence of the attorney for the government the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 01 | 24 | 91 |

| **COUNSEL** | ☐ **WITHOUT COUNSEL** However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel. |
|---|---|
| | ☒ **WITH COUNSEL** **Mark Beck/Theresa Barerra retained.** (Name of Counsel) |

| **PLEA** | ☒ **GUILTY**, and the Court being satisfied that there is a factual basis for the plea. | ☐ **NOLO CONTENDERE** | ☐ **NOT GUILTY** |
|---|---|---|---|

| **FINDING** | There being a finding / verdict of ☐ **GUILTY**, defendant has been convicted as charged of the offense(s) of: |
|---|---|

**Conspiracy to Commit Bank Fraud in violation of 18 USC 371, as charged in Count 7; Bank Fraud in violation of 18 USC 1344 as charged in Count 9 of the Information.**

**JUDGMENT AND PROB./ COMMITMENT ORDER**

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby ~~committed to the custody of the Bureau of Prisons to be imprisoned for a term of~~: ORDERED to pay a FINE in the amount of $5,000 to the United States. The imposition of sentence as to custody is hereby suspended and the defendant shall be placed on probation for a term of three (3) years on each of Counts 7 and 9, to run concurrent, upon the following terms and conditions: 1) the defendant shall comply witht he rules and regulations of the U.S. Probation Office and General Order 318; 2) the defendant shall pay any fine imposed by this judgment and that remains unpaid at the commencement of the term of community supervision, as directed by the U.S. Probation Officer; 3) the defendant shall perform 200 hours of community service for each year of probation, as directed by the U.S. Probation Officer, for a total of 600 hours of community service. The defendant shall complete the 600 hours of community service at a city, county, or state run agency, specifically designed for the removal of unlawful graffiti, as approved and directed by the U.S. Probation Officer. It is further ordered that a six month report shall be submitted to the Court, as to the amount of work and number of hours completed by the defendant; 4) the defendant shall comply with the rules and regulations of the Immigration and Naturalization Service (INS), and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. Upon any reentry to the United States during the period of Court-ordered supervision, the defendant shall report to the nearest U.S. Probation Office within 72 hours; 5) as directed by the Probation Officer, the defendant shall provide to the Probation Officer an accurate financial statement, with supporting documentation, as

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision. and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

☐ This is a direct commitment to the Bureau of Prisons and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center

ENTERED

Signed By: ☒ U.S. District Judge   *[signature]*
**LAUGHLIN E. WATERS**

U.S. Magistrate
FEB 1 4 1991
LEONARD A. BROSNAN, CLERK

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation / Commitment Order to the U.S. Marshal or other qualified officer.

FEB - 6 1991

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By          Deputy Clerk

Dated / Filed   01-28-91

AO-245-A (01/90)

page 1 of 2

Tim Saito

Central District of California

UNITED STATES OF AMERICA

vs

Docket No. CR – ___ 90-0440-LEW

RELOSA, Erlinda N.

Date   01-24-91

## JUDGMENT AND PROBATION/COMMITMENT ORDER

Continued from Page 1

to all sources and amounts of income and all expenses of the defendant;  6)  as directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

IT IS ORDERED, that the defendant shall pay a special assessment of $100.

IT IS ORDERED, upon motion by the government, that counts 8, 10, 11, 12, and 13 of the Information are dismissed.

IT IS ORDERED, bond exonerated.



ENTERED

FEB 1 4 1991

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

Signed By: [x]  U.S. District Judge

LAUGHLIN E. WATERS

FEB - 6 1991

Dated/Filed   01-28-91

U.S. Magistrate _____

LEONARD A. BROSNAN, CLERK

By _____
                              Deputy Clerk

Tim Saito

AO-245-B  (01/90)

Page Two of Two Pages

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependents and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____     BY: _____

## C E R T I F I C A T E

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

FEB ⁻ 6 1991

DATED: _____     BY: _____

# United States District Court

United States of America vs.

**DEFENDANT** MANGALINDAN, Gregory Yonzon

DOCKET NO. ► CR90-0440-LEW

## JUDGMENT AND PROBATION/COMMITMENT ORDER
AO-245 (8/74)

**COUNSEL**

In the presence of the attorney for the government the defendant appeared in person on this date ───────►

| MONTH | DAY | YEAR |
|---|---|---|
| 02 | 04 | 91 |

[ ] WITHOUT COUNSEL    However, the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

[X] WITH COUNSEL    Janet Schmidt Sherman, appointed
(Name of counsel)

**PLEA**

[X] GUILTY, and the court being satisfied that there is a factual basis for the plea,    [ ] NOLO CONTENDERE,    [ ] NOT GUILTY

**FINDING & JUDGMENT**

There being a finding/verdict of { [ ] NOT GUILTY. Defendant is discharged
{ [ ] GUILTY.

Defendant has been convicted as charged of the offense(s) of Conspiracy to Commit Bank and Wire Fraud, in violation of 18 USC 371, 1344 and 1343 as charged in Count 1 of the Information.

**SENTENCE OR PROBATION ORDER**

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: ~~the defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment~~ as to Count 1, it is adjudged that the imposition of sentence is hereby SUSPENDED and the defendant is placed on probation for a period of three (3) years, under the following terms and conditions: 1) the defendant shall comply with the rules and regulations of the United States Probation Office and General Order 318; 2) the defendant shall perform 200 hours of community service for each year of probation, as directed by the U.S. Probation Officer, for a total of 600 hours of community service. The defendant shall complete the 600 hours of community service at a city, county, or state run agency specifically designed for the removal of unlawful graffiti, as approved and directed by the U.S. Probation Officer. It is further ordered that a six month report shall be submitted to the Court, as to the amount of work and number of hours completed by the defendant. IT IS ORDERED, that the defendant shall pay a special assessment in the amount of $50 to the United States.  IT IS ORDERED, bond exonerated.

**SPECIAL CONDITIONS OF PROBATION**

**ADDITIONAL CONDITIONS OF PROBATION**

In addition to the special conditions of probation imposed above, it is hereby ordered that the general conditions of probation set out on the reverse side of this judgment be imposed. The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within a maximum probation period of five years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

**COMMITMENT RECOMMENDATION**

The court orders commitment to the custody of the Attorney General and recommends

RECEIVED/FISCAL
CLERK, U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED

FEB 14 1991

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S. Marshal or other qualified officer.

FEB 14

**SIGNED BY**

[X] U.S. District Judge    LAUGHLIN E. WATERS    Date 2/12/91

[ ] U.S. Magistrate

FEB 13 REC'D

FEB 12 1991

FILED: 02-07-91

Tim Saito, Deputy Clerk

<table>
<tr><td>

**GENERAL
CONDITIONS
OF
PROBATION**

</td><td>

Where probation has been ordered the defendant shall, during the period of probation, conduct himself as a law-abiding, industrious citizen and observe all conditions of probation prescribed by the court. **TO THE DEFENDANT — You shall**

(1)  refrain from violation of any law (federal, state, and local) and get in touch immediately with your probation officer if arrested or questioned by a law-enforcement officer;
(2)  associate only with law-abiding persons and maintain reasonable hours;
(3)  work regularly at a lawful occupation and support your legal dependents, if any, to the best of your ability  (When out of work notify your probation officer at once, and consult him prior to job changes).
(4)  not leave the judicial district without permission of the probation officer.
(5)  notify your probation officer immediately of any change in your place of residence.
(6)  follow the probation officer's instructions and report as directed

The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within the maximum probation period of 5 years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period

Maximum probation period (per indictment or information) which may be imposed on defendant eligible for sentencing under the Youth Corrections Act, 18 U.S.C. § 5005 et seq., is one year for conviction of a misdemeanor or six months for conviction of a petty offense.

</td></tr>
</table>

───────────────── RETURN ─────────────────

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Attorney General, with a certified copy of the within Judgment and Commitment.

_____
*United States Marshal.*

By _____
*Deputy Marshal.*

**United States District Court** for

United States of America vs.

DEFENDANT: RAMOS, Marilou C.

DOCKET NO. ➤ CR90-0852-LEW

## JUDGMENT AND PROBATION/COMMITMENT ORDER  AO-245 (6/74)

| | In the presence of the attorney for the government the defendant appeared in person on this date ➤ | MONTH | DAY | YEAR |
|---|---|---|---|---|
| | | 01 | 24 | 91 |

**COUNSEL**

| | WITHOUT COUNSEL  However the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

[ X ] WITH COUNSEL  Michael Yamaki, retained

**PLEA**

[ X ] GUILTY, and the court being satisfied that there is a factual basis for the plea,

[ ] NOLO CONTENDERE,    [ ] NOT GUILTY

**ENTERED**

FEB 13 1991

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

There being a finding/verdict of
[ ] NOT GUILTY. Defendant is discharged
[ ] GUILTY.

Defendant has been convicted as charged of the offense(s) of

**FINDING & JUDGMENT**

Conspiracy to Commit Bank Fraud in violation of 18 USC 371, as charged in Count 1; Bank Fraud in violation of 18 USC 1344, as charged in Count 5 of the Information.

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of ORDERED

**SENTENCE OR PROBATION ORDER**

to pay a fine in the amount of $5,000 to the United States, as to Counts 1 and 5, to run concurrent on each count.  As to the remainder of the sentence, as to imprisonment only, the imposition of sentence is hereby suspended and the defendant is placed on probation for a period of four (4) years under the following terms and conditions: 1) the defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) the defendant shall pay the fine imposed by this judgment in the amount of $5,000 as directed by the Probation Officer; 3) the defendant shall perform 200 hours of community service for each year of probation, as directed by the Probation Officer, for a total of 800 hours of community service.  The defendant shall complete the 800 hours of community service at a city, county, or state run agency specifically designed for the removal of unlawful graffiti as approved and directed by the U.S. Probation Officer.  It is further ordered that a six month report shall be submitted to the Court, as to the amount of work and number of hours completed by the defendant; 4) as directed by the Probation Officer, the defendant shall provide to the

**SPECIAL CONDITIONS OF PROBATION**

**ADDITIONAL CONDITIONS OF PROBATION**

In addition to the special conditions of probation imposed above, it is hereby ordered that the general conditions of probation set out on the reverse side of this judgment be imposed. The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within a maximum probation period of five years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

**COMMITMENT RECOMMENDATION**

The court orders commitment to the custody of the Attorney General and recommends

CLERK, U.S. DISTRICT COURT

FEB 8 1991

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S. Marshal or other qualified officer.

**SIGNED BY**

FEB 12 RECD

[ X ] U.S. District Judge
[ ] U.S. Magistrate

LAUGHLIN E. WATERS

Date  FEB 8 1991

FILED: 01-25-91

Tim Saito, Deputy Clerk

page 1 of 2

<table>
<tr><td>
**GENERAL
CONDITIONS
OF
PROBATION**
</td><td>

Where probation has been ordered the defendant shall, during the period of probation, conduct himself as a law-abiding, industrious citizen and observe all conditions of probation prescribed by the court. **TO THE DEFENDANT — You shall**

(1) refrain from violation of any law (federal, state, and local) and get in touch immediately with your probation officer if arrested or questioned by a law-enforcement officer;

(2) associate only with law-abiding persons and maintain reasonable hours;

(3) work regularly at a lawful occupation and support your legal dependents, if any, to the best of your ability. (When out of work notify your probation officer at once, and consult him prior to job changes),

(4) not leave the judicial district without permission of the probation officer;

(5) notify your probation officer immediately of any change in your place of residence;

(6) follow the probation officer's instructions and report as directed

The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within the maximum probation period of 5 years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

Maximum probation periods (per indictment or information) which may be imposed on defendant eligible for sentencing under the Youth Corrections Act, 18 U.S.C. § 5005 et seq., is one year for conviction of a misdemeanor or six months for conviction of a petty offense.
</td></tr>
</table>

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Attorney General, with a certified copy of the within Judgment and Commitment.

_____
*United States Marshal.*

By _____
*Deputy Marshal.*

## United States District Court
## Central District of California

UNITED STATES OF AMERICA

vs

RAMOS, Marilou C.

Docket No. **CR –** _CR90-0852-LEW_

Date _01-24-91_

## JUDGMENT AND PROBATION / COMMITMENT ORDER

Continued from Page 1

Probation Officer an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant; 5) as directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement. Said terms of probation as to counts 1 and 5 to run concurrent.

IT IS ORDERED, that the defendant shall pay to the United States a special assessment of $100.

IT IS ORDERED, bond exonerated.

Signed By: [X] U.S. District Judge

[ ] U.S. Magistrate

LAUGHLIN E. WATERS

FEB 6 1991

LEONARD A. BROSNAN, CLERK

By _____

Deputy Clerk

Tim Saito

Dated / Filed _01-25-91_

FEB 1 2 RECD

AO-245 B (1) (01/90)

Page Two of Two Pages