# EXHIBIT 1

| | |
|---|---|
| From: | [redacted] |
| Subject: | Re: Eminiano Abrian Reodica 64016-112 |
| Date: | Fri, February 24, 2017 6:45 pm |
| To: | john@mcnicholaslawoffice.com |

```
Judge S James Otero
United States District Judge
United States Court
312 North Spring St.
LA,Ca 90021
```

My name is Hilda Hilao formerly Hilda Hilao Reodica I'm writing a letter with my experience with Eminiano. I'm the first wife and we have four children together. During the days that we're together he was a good husband , a family man and a good provider. He works so hard to support his family and parents. His children respected him and love him.
We migrated to the United States to have a better life for us and for our children it paid off by working twelve to fifteen hours a day not complaining or telling me he's tired.
I was attracted to him with his kindness and talent. Helping people is his priority in his life and I'm so proud to say that he helped a lot of people in his life time. I still remember vividly when we were looking for a job everybody said you're over qualified and no experience. And he told me that if ever he'll have a company he will hire all the applicant to give them a break and it did materialized. Helping people is in his blood cause he came from a poor family and he knows the hardships of being poor.
I can go on and on with his kindness and helping people.
I hope this will give an you an idea of his attitude and personality.

Thank you for allowing me to say something about Eminiano Abrian Reodica Jr.


Sent from my iPad