# EXHIBIT 2

Judge S. James Otero
United States District Judge
United States District Court
312 North Spring Street
Los Angeles, CA 90012

Re: Eminiano Abrian Reodica, Jr.

Dear Honorable Judge Ortero,

It is with much reflection and contemplation that I write this personal reference letter for my dad, Eminiano Abrian Reodica, Jr., whom I hold in highest regard.

During my childhood, my dad always demonstrated a high level of intelligence, emotional sensitivity, passion for hard work, and outstanding leadership. I recall many moments when I was struggling with issues growing up, he would always listen to my perspective and then calmly tell me a story that would teach me how to make the best moral decisions. He is the reason I chose to be a CPA. A profession in which I am able to practice technical accounting skills, while maintaining the highest levels of integrity.

One of my dad's priorities was giving back to the community. Through his dynamic personality, he helped unite Filipinos in the Los Angeles area by organizing cultural events, sponsoring numerous not-for-profit organizations, producing a weekly radio program, and publishing a Filipino newspaper. He also used his resources to help Filipino-Americans register to vote so they could exercise their rights as U.S. citizens. Additionally, I recall one Filipino gala where the audience did not quiet for the organization's president, but was immediately silent and engaged when my dad delivered his speech.

As well, I observed him live the biblical concept of "turn the other cheek" numerous times. There was one particular instance where one of his employees was caught stealing and was reported. My father talked with him, asked why he stole, and then forgave him. When I asked why he forgave the employee, my dad said the man was feeling extreme pressure to help his sick brother and was sorry for what he had done like Jean Valjean from Victor Hugo's, *Les Misérables*. After receiving his "pardon," the man became one of the most loyal and hardest workers in my dad's company.

Despite all the years apart, and his current detained status, one of my greatest hopes is that my children will be able to know their grandfather. And, in turn, that he may have a relationship with them that would be meaningful in his twilight years.

- My eldest, Nathan, is 19 years old and in the 2nd year of pursuing his PhD in molecular biology at Harvard University. His brilliance and exuberance for learning always reminds me of my father.
- Joshua, 18 years old, is graduating from the University of Washington (UW) with a double major in Electrical Engineering (Embedded Computing Systems) and Applied and Computational Mathematical Sciences (Discrete Mathematics and Algorithm Design) this

June. Joshua's involvement in FASA sa UW, promoting Filipino culture through dance performances, is a true testament to my dad's commitment to the Filipino community.
- Kirstin, 17 years old, is a junior at the University of Texas in Austin (UT), majoring in biochemistry. Kirstin has a passion for cooking that stems from my dad's mother, Nanay, who taught me her best recipes, which I passed onto Kirstin. It would be wonderful if he could taste some of the delicacies to remind him of his dearly departed Nanay.
- David, 16 years old, is set to obtain his high school diploma and Associate of Science Degree in June. He awaits acceptances at UW and UT. David's extreme commitment to excellence in all he does is a reflection of my dad. In addition to getting straight A's, David qualified to compete in Washington State's Division 4 High School Swimming Championship in all four of his events.

My father also has four other grandchildren that would love to be able to have a relationship with him, because of who he is and despite his present circumstances.

I pray that the above gives you a glimpse of my dad's character and legacy.

Sincerely,

*Emily Rollins*

Emily Rollins