# EXHIBIT 3

Judge S. James Otero
United States District Judge
United States District Court
312 North Spring Street
Los Angeles, CA 90012

Re: Eminiano Abrian Reodica, Jr.

Dear Honorable Judge Otero,

This personal reference letter is for my father, Eminiano Abrian Reodica, Jr. I am his second daughter, Elinore.

There are too many words to describe my father. He is compassionate, dedicated, caring, humble, wise, and nurturing. Growing up, I had my share of problems and my father never condemned me for the mistakes I made. Instead he would first ask me "are you ok?". It didn't matter to him that I made the wrong decision. He wanted to help me overcome my problems and guide me to make better decisions in the future. He would tell me stories that relate to what I was going through and help me see that there are other options. Together we would make a "pros and cons" list so I could choose the right path to go on.

Coming from a humble background, his compassion is never ending. He will help anyone who needs it. There was a time when a person needed a job but had no prior experience. I remember him saying "don't worry, I will find something for you". My father always believed in people and giving them chances. He is still helping until this day by providing pro-bono paralegal to his fellow inmates. He always sees the good in people and will help them achieve their goals.

My daughter, Kayla, is 16 years old and will graduate from high school next year. She will be pursuing a degree in computer science. She has the same dedication and drive to always do her best and has a kind heart, qualities that remind me of my father. I hope that she will be able to meet him and learn from all his experiences and guide her the way he has guided me.

I hope this gives you a better understanding of my father's character and the compassion he has exhibited throughout his life.

Sincerely,

*Elinore Reodica-Han*

Elinore Reodica-Han