# EXHIBIT 4

March 27, 2017

Honorable S. James Otero, US District Judge
c/o Atty John Neil McNicholas
McNicholas Law Office
464 Palos Verdes Blvd
Redondo Beach, CA 90277

Dear Hon. James Otero

My name is Remedios Reodica LaSangre, I am the youngest sister of Eminiano "Jun" A. Reodica. Please allow me to provide the good judge an insight of Jun's character and journey.

Due to our age gap of 23 years, I really didn't have much memory of Jun until I came to the United States in my early teen. Jun left the Philippines when I was little; he also left his two daughters with my parents to seek better opportunities in the United States. Even though we were physically apart, I learned of Jun's character through the eyes of my parents. Our parents would tell me stories about my brother - how he excelled in school, took care of his siblings, and worked hard washing cars in a nearby resort at a very young age to help our parents financially. I often saw how our parents' eyes lit up whenever they spoke about my brother Jun. I felt their pride and joy because they raised a loving, caring, responsible, and intelligent son. Both our parents came from poor families, so they didn't have much to offer to their children except to raise them with good moral characters, value for education and care and respect for other people. Our parents felt fulfilled as Jun's success was also theirs success. Jun became the role model for our family and hometown.

When I came to the United States, I had an opportunity to have a relationship with my brother Jun. I've experience for myself everything that I heard from our parents about Jun when I was growing up. I've heard countless of stories from strangers on how Jun gave them their first break at a job or a car, or being recipients of Jun's financial help. Our home became a second home for so many as Jun would invite his employees and friends to celebrate Christmas with us because he knew the loneliness of being away from loved ones during the holiday season. I've witnessed Jun's dream of uniting our fellow Filipinos by having our own Filipino town (just like Chinatown) and celebrating our heritage and take pride of our culture through Fiestas or community gatherings. The Filipinos are known for our "crab mentality", and that's the very thing that Jun wanted to change. He wanted us to help each other succeed in life, and succeed in this foreign country that we now call home. Jun's dream to unite and be of help to so many of our countrymen became his driving force to succeed. It was evident that failure was not an option for him as many families (us and his employees') depended on him to lead and deliver. In some instances, Jun's desire to achieve his goals took tolls on his health and family.

Jun is a good person with a loving heart and good intentions. He's very helpful and he loves to share his knowledge for the success of others. He brought honor to our family, especially to our parents. It is out of his character to bring shame to us by deliberately breaking the law for his personal gain. But, he's also a human being who made mistakes in his life. He is a good man, but not a perfect one. I am absolutely convinced that given another chance, Jun will not be a burden to society but will be an asset to his community. My siblings and I will do our best to help him get back on his feet and make good contributions to society.

Before our father passed away in 2015, he asked me to include his thoughts in the character letter that I will write since he could no longer write with his hands. I hope I successfully fulfilled our father's wish when your honor read this letter. On behalf of our parents (who are both deceased), we sincerely hope that the good judge will be merciful in determining my brother Jun's sentence. Jun has been away from us for a long time, and we would be grateful for another opportunity to spend the rest of Jun's life with us as a free man.

Thank you for your kind consideration. God bless you.

Sincerely,

Remedios Reodica LaSangre

cc: Atty. John McNichols
    Eminiano A Reodica Jr