# EXHIBIT 5

February 26, 2017


Dear Honorable S. James Otero, U.S. District Judge:


I have known Jun Reodica for more than 20 years.  I met him back in the Philippines.  He was one of the smartest people I knew.  He was smart with academics and great in music.  He was also very charming.  He always helped my family out.  He was very hospitable and friendly whenever we would visit him.  I watched him treat his parents with respect.  He was very obedient to them.  They loved Jun and he loved them.  He has been a great family man to his family.  Even if he has made mistakes, I know he has always wanted the best for his family.  He was always there for my family events as well.  Jun and I share many unforgettable experiences.  One of the main reasons why I enjoyed being in Jun's presence was because he always encouraged me to chase after my dreams in music.  There was never a dull moment with him.  Jun always made an effort to be there for me, in the ups and downs of life.  Even though Jun has made mistakes, I am sure that Jun has learned his lesson and will change for the better.


Thank you for taking this letter into account and thank you for your time.


Sincerely,
Rogelio Aquino