# EXHIBIT 6

30 March 2017

Dear Honorable S. James Otero, U.S. District Judge,

I am writing to you on behalf of a dear friend and former employer, Mr. Eminiano Reodica, Jr., more fondly known to us as Jun Reodica. Needless to say, I am fully aware of the charges he is currently faced with. I have also read several articles in the newspaper or online publications regarding the course of events that resulted in the catastrophe of the auto dealership he once owned, of which I was once his Regional Manager among several others.

I had known Jun for 11 years before he had fallen out of grace and unwittingly caused him to flee the country. While most of what he was accused of may be true, I can sincerely state that was never his intention. I am stating that not as an excuse but from my personal belief that the tragedy he brought upon himself was driven by the blind ambition of his want to be the leading automobile dealer in the land.

A couple of years ago, I had a cataract removed from my left eye by an Ophthalmologist- a certain Dr. Jose Briones, Jr., whom, upon learning I was formerly from Grand Motors, excitedly shared with me that if were not for Jun Reodica, he would not been able to practice his profession and provide services to the community that he now serves. According to him, it was Jun who assisted him to set up his first clinic which includes all laboratory and examination equipments. This is just but one example of the many aids Jun had provided to society of which he belongs. In the late seventies and early eighties, Jun, throughout all the time I had known him, had been actively engaged in civic movements and had constantly lent his support in most of their endeavors.

In some narrative I had read, Mr. Reodica was compared to Bernie Madoff. Bernie Madoff lived a life of oppulence and extravagance with ownership of a multitude of real estate properties. Jun Reodica once owned a house in Glendora, California and drove a used Jaguar, which in actuality was part of the dealership's used car inventory.

Your honor, my plea is that you may grant him leniency in your sentencing of him. Jun and myself are of the same age- we are both in our seventies.


Respectfully,

Rhoneil D. Pascual