# EXHIBIT 7



# Blackstone Career Institute
*Est. 1890*

### Awards this Certificate in
## Paralegal Studies
#### with Distinction upon
## Eminiano Abrian Reodica, Jr.

*who has fulfilled all the requirements prescribed by the School and is entitled to all of the honors, rights and privileges thereunto appertaining.*

**In Testimony Whereof** this recognition of achievement is

### Given this 2nd day of December 2014

_____
President

_____ B.S., M.Ed.
Director of Education



Awards this Certificate in

Practical Bankruptcy Law

upon

Eminiano Abrian Reodica Jr.

*who has fulfilled all the requirements prescribed by the School and is entitled to all of the honors, rights and privileges thereunto appertaining.*
In Testimony Whereof *this recognition of achievement is*

Given this 16th day of June 2015

_____
President

Valerie L. Behrle B.S., M.Ed.
Director of Education

# Blackstone Career Institute
*Est. 1890*

Awards this Certificate in

## Criminal Law

upon

## Eminiano Abrian Reodica Jr.

*who has fulfilled all the requirements prescribed by the School and is entitled to all of the honors, rights and privileges thereunto appertaining. In Testimony Whereof this recognition of achievement is*

Given this 8th day of March 2016

_____
President

_____
Valerie L. Behrle B.S., M.Ed.
Director of Education