# EXHIBIT 10

# (FILED SEPARATELY UNDERSEAL)